

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC** ("Rocksprings"),
Appellant

v.

Jackie **CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
, Judge Presiding

## O R D E R

      The court reporter's notification of late record, filed on October 19, 2022, is NOTED. We ORDER the court reporter to file the reporter's record no later than November 21, 2022. *See* TEX. R. APP. P. 35.3(c) (providing each extension to deadline to file record may not exceed thirty days in ordinary or restricted appeals); *see also id.* R. 4.1.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court